UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>Isabella MARQUEZ,<br><br>        Defendant. | Case No.: 22-CR-02104-JO<br><br>**ORDER** |

 Good cause appearing, Defendant Isabella MARQUEZ's unopposed motion to modify her conditions of release (ECF No. 27) is **GRANTED**. Defendant may travel to Tijuana, Mexico on March 15, 2023. Defendant must notify Pretrial Services' immediately upon her return to the United States.  Pretrial Services may release passport. All other conditions shall remain as set.

Dated:  March 14, 2023

                  _____
                  Hon. William V. Gallo
                  United States Magistrate Judge